JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Giovanna Rose,<br><br>    Plaintiff,<br><br>    v.<br><br>Universal Fitness Club, et al.,<br><br>    Defendant. | Case No. **CV 17-8547-JFW (GJSx)**<br><br>**JUDGMENT** |

The Court, having granted Plaintiff Giovanna Rose's Motion to Enter Default Judgment against Defendant Universal Fitness Club in its Order dated November 21, 2018,

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that judgment is entered in this action as follows:

1.  Plaintiff Giovanna Rose shall have judgment in her favor and against Defendant Universal Fitness Club in the amount of $30,200 ($27,000 in statutory damages + $200 in actual damages + $3,000 in attorneys' fees); and

2.  Plaintiff Giovanna Rose shall recover from Defendant Universal Fitness Club her costs of suit in the sum of $_____.

    The Clerk is ordered to enter this Judgment.

Dated: November 27, 2018        _____
                                        JOHN F. WALTER
                                UNITED STATES DISTRICT JUDGE